IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00255-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE ANTONIO WOODS,

        Defendant.

---

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On April 5, 2010, the probation officer submitted a petition for early termination of probation in this case. On April 5, 2010, the Court signed the petition. On March 8, 2010, a Government's Statement Regarding Termination of Probation was filed stating that the United States has no objections to the proposed relief. Accordingly, it is

**ORDERED** that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED this 7th day of April, 2010.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge